UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAHRLES E. BAXTER, | |
| Plaintiff, | 25-CV-5876 (JHR) (KHP) |
| -against- | **ORDER** |
| CASH APP., | |
| Defendant. | |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of Mr. Baxter's letter, filed to the docket as ECF No. 15. While the Court cannot advise whether Mr. Baxter is "going about [his] case in the right way," the Court attaches to this order a blank copy of the proposed case management plan for *pro se* litigants to this order.

The Court encourages Mr. Baxter to consult a legal clinic opened in this District to assist people who are litigating an action pro se. The Clinic is run by a private organization called the City Bar Justice Center ("CBJC") and is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any pro se party through the Pro Se Intake Unit). The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL-22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. A party without legal representation can make an appointment in person or by calling (212) 659-6190. The Clinic provides basic information about the legal process and may be able to assist the parties in litigating this case. A flier supplied by the Clinic with more information is attached as Appendix B.

**The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

**SO ORDERED**.

Dated: September 25, 2025
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

# Appendix A

*March 2021*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------X
                                                     :
                                                     :   CIVIL ACTION NO.:
                                                     :
                                                     :
                             Plaintiff,              :
                                                     :
     against                                         :
                                                     :
                                                     :
                                                     :
                                                     :
                                                     :
                             Defendant.              :
                                                     :
-----------------------------------------------------X
```

**PROPOSED CASE MANAGEMENT PLAN FOR PRO SE CASE**

1. **Summary of Claims, Defenses, and Relevant Issues.**

   Plaintiff/Defendant (circle one)
   _____
   _____
   _____
   _____
   _____
   _____

2. **I understand my obligation to and am preserving relevant information.**

Plaintiff/Defendant (circle one)

3. **Proposed Schedule**

All discovery should be completed by _____

   a. Depositions: Depositions shall be completed by _____

   b. Neither party may take more than _____ depositions. Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

    c.    Initial Requests for Documents must be made by _____.

    d.    Responses to Requests for Documents must be made by _____.

    e.    Documents from third-parties (such as doctors) will/will not (circle one) be required.  If required, the following are the third-parties from whom Documents will be requested.

_____
_____
_____
_____

    f.    Subpoenas requesting Documents from third-parties must be served by _____.  Documents obtained from third-parties must be provided to all parties in this matter.

    g.    There will/will not (circle one) be expert testimony in this case.  If expert testimony will be needed, please describe the topic on which the expert(s) is expected to testify

_____
_____
_____

4. **Early Settlement or Resolution**

The parties have/have not (circle one) discussed the possibility of settlement.  The parties request a settlement conference by no later than _____.  The following information is needed before settlement can be discussed:
_____
_____
_____

5. **Other Matters**

Plaintiff(s)/Defendant(s) (circle one) wish to discuss the following additional matters at the Initial Case Management Conference.
_____
_____
_____
_____

Respectfully submitted this _____ day of _____.

_____

Name

_____

Address

_____

Phone number

_____

Email

_____

Party representing (if applicable)

# Appendix B

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT

in the Southern District of New York (SDNY)



## HOW TO ACCESS OUR SERVICES

For assistance, please reach out to us via mail at:

**Thurgood Marshall Federal Courthouse
CBJC Pro Se Legal Assistance Project
40 Foley Sq LL22
New York, NY 10007.**

Upon receipt of your letter, we will follow up with application materials.



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self- represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project **assists incarcerated litigants** on a variety of federal legal issues, including 1983 matters, civil rights cases, and others.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist individuals by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court