**HARTMANN DOHERTY**
**ROSA BERMAN & BULBULIA**
Limited Liability Partnership    Attorneys At Law

1270 Avenue of the Americas, Ste. 816
New York, New York 10020
t: 212.344.4619
f: 212.202.4858
www.hdrbb.com

Hackensack Office
433 Hackensack Avenue, Ste. 1002
Hackensack, New Jersey 07601
t: 201.441.9056

Short Hills Office
830 Morris Turnpike, Ste. 304
Short Hills, New Jersey 07078
t: 973.467.1325

Rockland Office
2 Executive Boulevard, Ste. 300
Suffern, New York 10901
t: 845.357.7900

Miami Office
8821 SW 69th Court
Miami, Florida 33156
t: 305.419.2936

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/2025

October 21, 2025

**MEMO ENDORSED**

<u>VIA ECF</u>

Hon. Katharine H. Parker, U.S.M.J.
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 205
New York, NY 10007-1312

    Re: *Baxter v. Cash App*,
       <u>Civil No. 1:25-cv-05876</u>

Dear Judge Parker:

  This firm represents Defendant Block, Inc. (pled as Cash App) in the above-referenced action. In accordance with Rule I(c) of Your Honor's Individual Practices in Civil Cases, please accept this letter in support of Defendant's request to adjourn the Initial Case Management Conference scheduled for October 29, 2025 (the "Conference"). This is the first request for an adjournment.[1]

  Prior to Defendant being served in this case by the U.S. Marshals Service (Plaintiff is pro se and incarcerated), the Court entered an August 20, 2025 Order scheduling the October 29 Conference and directing the parties to prepare proposed Case Management Plans. Subsequently, Defendant executed and returned the August 29, 2025 Statement of Service by Mail and completed Acknowledgment of Receipt of Summons and Complaint, as requested by the U.S. Marshals Service, and Defendant's time to answer or otherwise respond to the Complaint was therefore extended to November 25, 2025. (*See* ECF No. 17.)

---

[1] In light of Plaintiff's incarceration, Defendant is unable to secure his consent to this request.

<u>Since Defendant has not yet responded to the Complaint, Defendant requests that the Conference be adjourned to a date after November 25, 2025. Further, in lieu of an answer, Defendant intends to file on or before November 25, 2025 a motion to compel arbitration since Plaintiff's claims are subject to an arbitration agreement between the parties</u>. Defendant therefore respectfully notes that it cannot submit a proposed case management plan, as this case must be submitted to arbitration, and before any conference is held, the motion to compel arbitration should be decided.

Defendant therefore respectfully requests that the October 29, 2025 Initial Case Management Conference be adjourned to a date after Defendant's motion to compel arbitration is decided.

We appreciate Your Honor's attention and consideration and are available to answer any questions the Court may have.

Respectfully submitted,

s/ Janel Alania

Janel Alania

---

**APPLICATION GRANTED:** The telephonic initial case management conference scheduled for Thursday, October 29, 2025 at 2:00 p.m. is hereby rescheduled to <u>Tuesday, December 2, 2025 at 12:00 p.m.</u> The Court will discuss a briefing schedule for the proposed motion to compel arbitration at this conference. The parties are excused from submitting a proposed case management plan and discovery schedule. Defendant shall provide a copy of the arbitration agreement to the Plaintiff within the next two weeks.

It is hereby ORDERED that the Warden or other official in charge of the West Facility Annex Correctional Facility produce plaintiff <u>Charles E. Baxter B&C #1412501792 /NYSID#04819593M, on December 2, 2025, no later than 12:00 p.m.,</u> to a suitable location within the West Facility Annex Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

<u>Please dial (646)453-4442, ID: 724 932 819 at the scheduled time.</u>

<u>The Clerk of Court is directed to mail a copy of this endorsement to the Plaintiff.</u>

APPLICATION GRANTED

*Katharine H. Parker* (signature)   10/21/2025

Hon. Katharine H. Parker, U.S.M.J.